IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 08-10141-06 |
| ) | |
| CHRISTOPHER HOLMES, ) | |
| ) | |
| Defendant. ) | |
| ) | |

### Memorandum and Order

The defendant Christopher Holmes was sentenced by this court on April 8, 2009, to a term of imprisonment of 48 months. He was allowed to remain on bond for the purpose of self-surrendering to the institution designated by the Bureau of Prisons.

The matter came before the court on July 14, 2009 for a hearing on allegations that the defendant violated his conditions of release. At the hearing, the defendant admitted that he violated those conditions by traveling outside the district of Kansas without prior approval of the Probation office. Although the defendant requested that he be allowed to continue on release until his surrender date, the court concluded that the order of release should be revoked. *See 18 U.S.C. § 3148(a)*. The court finds the defendant is unlikely to abide by any combination of conditions of release.

The Order of Release previously entered is REVOKED, and the defendant Christopher Holmes is hereby remanded to the custody of the U.S. Marshals pending his transportation to the institution designated by the Bureau of Prisons. IT IS SO ORDERED this   15th   Day of July, 2009, at Wichita, Ks.

s/ Wesley E. Brown
Wesley E. Brown
U.S. Senior District Judge